# CERTIFICATE OF SERVICE

I, __Charles W. Faquin__, certify that I am, and at all times during the service of process
        (name)

was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __August 25, 2014__ by:
                                                                                                                    (date)

[✓]  __Certified Registered Return Receipt__
     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   Palisades Collection, L.L.C.
   c/o C T Corporation System
   800 S. Gay St., Suite 2021
   Knoxville, TN 37929-9710

[ ]  Personal service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ]  Residence Service: By leaving the process with the following adult at:

[ ]  Publication: The defendant was served as follows: [Describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Palisades Collection, L.L.C.
   c/o C T Corporation System
   800 S. Gay St., Suite 2021
   Knoxville, TN 37929-9710

2. Article Number (Transfer from service label): 7014 0150 0001 2525 4926

PS Form 3811, July 2013    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Chicka Milligan*   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): AUG 25 2014   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
3. Service Type:
   ☐ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

Under penalty of perjury, I declare that the foregoing is true and correct.

__8/27/14__                                        _____
   Date                                               Signature

| | |
|---|---|
| Print Name: | Charles W. Faquin |
| | Law Office of Charles W. Faquin, PLC |
| Business Address: | 625 Main Street, Suite B-1 |
| City | Nashville |
| State | TN |
| Zip Code | 37206 |